GUEST *v.* BASS.

PER CURIAM. Under the pleadings and evidence in this case the court did not abuse its discretion in granting the interlocutory injunction.

*Judgment affirmed. All the Justices concur, except Beck, P. J., and Gilbert, J., dissenting.*

No. 2558. DECEMBER 16, 1921.

Injunction. Before Judge Eve. Tift superior court. February 28, 1921.

*Smith & Christian,* for plaintiff in error.

*Ridgdill & Mitchell,* contra.